

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DALLAS NATIONAL INSURANCE COMPANY, | § | No. 08-12-00189-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 346th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| GLORIA DE LA CRUZ, | | |
| | § | (TC#2010-104) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF AUGUST, 2013.


YVONNE T. RODRIGUEZ, Justice

Before Rivera, J., Rodriguez, J., and Larsen, J. (Senior)
Larsen, J. (Senior)(Sitting by Assignment)